# Third District Court of Appeal

## State of Florida

Opinion filed July 6, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-272
Lower Tribunal No. 21-8597
_____

**Shannon Rose,**
Appellant,

vs.

**Crespi Owner, LLC, etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Lourdes Simon, Judge.

Shannon Rose, in proper person.

Doumar, Allsworth, Laystrom, Voigt, Wachs, Adair & Dishowitz, LLP, and Benjamin R. Dishowitz (Fort Lauderdale), for appellee.

Before FERNANDEZ, C.J., and HENDON and LOBREE, JJ.

PER CURIAM.

Affirmed.